UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR.,<br><br>Petitioner,<br><br>v.<br><br>M. ATTCHLEY, WARDEN,<br><br>Respondent. | Case. No.   1:21-cv-00339-JLT-HBK (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(Doc. No. 33) |

Petitioner, a state prisoner proceeding pro se and *in forma pauperis* in this habeas corpus action, filed a motion to withdraw his motion for voluntary dismissal (Doc. No. 31) and for an extension of time to file objections to the undersigned's November 15, 2024 Findings and Recommendations to Deny Petitioner's Motion to Stay (Doc. No. 32).  (Doc. No. 33, "Motion").

Petitioner seeks an extension of time to file objections to the Findings and Recommendation because he is "currently in punitive segregation housing, with no legal resource and materials."  (Doc. No. 33 at 2).  For good cause shown, the Court will grant Petitioner a 14-day extension of time to file objections.  Petitioner also claims he was not served with a copy of Respondent's opposition to his motion to stay.  (*Id*.).  The Court notes that Respondent attached a

1

declaration of service to their opposition to the motion to stay indicating it was mailed to Petitioner on November 1, 2024. (Doc. No. 29 at 5). Neither Petitioner's pro se status nor his prisoner status entitled him to receive complimentary copies. *Blair v. CDCR*, 2018 WL 1959532, at *6 n.2 (E.D. Cal. Apr. 25, 2018). Regardless, in order to expedite Petitioner's preparation of his objections to the Findings and Recommendations, the Court will direct the Clerk to provide a courtesy copy of Respondent's opposition to Petitioner's motion for stay and abeyance (Doc. No. 29).

In addition, Petitioner asks to withdraw his motion for voluntary dismissal (Doc. No. 31) as it was filed in error "by another prisoner." (Doc. No. 33 at 4). Based on Petitioner's request, the motion for voluntary dismissal will be withdrawn.

Accordingly, it is **ORDERED**:

1. Petitioner's Motion for Extension of Time (Doc. No. 33) is GRANTED to the limited extent that Petitioner shall deliver any objections to the November 15, 2024 Findings and Recommendations (Doc. No. 32) to correctional officials for mailing **no later than December 16, 2024**.

2. The Clerk of Court shall provide a one-time courtesy copy of Respondent's opposition to the motion for stay and abeyance (Doc. No. 29) with this Order.

3. Petitioner's Motion to Withdraw his Motion for Voluntary Dismissal (Doc. No. 31) is GRANTED.

Dated:   December 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2