# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE LEE POSLOF, JR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. ATTCHLEY, Warden,<br><br>　　　　Respondent. | Case No.: 1:21-cv-0339 JLT HBK (HC)<br><br>ORDER DISREGARDING THE OBJECTIONS RECEIVED DECEMBER 30, 2024<br><br>(Doc. 37) |

　　　　Lonnie Lee Poslof, Jr., a state prisoner, is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1.)  Previously, Petitioner requested a stay of proceedings in this action.  (Doc. 28.)  The magistrate judge issued Findings and Recommendations, to which Petitioner filed objections on December 18, 2024.  (Docs. 32, 35.)  The Court performed a *de novo* review of the matter—including addressing Petitioner's objections—and adopted the Findings and Recommendations on December 23, 2024.  (Doc. 36.)  After the Court denied the stay, Petitioner submitted an additional document captioned "Petitioner's Magistrate['s] Recommendations" on December 30, 2024.  (Doc. 37.)

　　　　Upon review of the "Objections," the Court finds the document does not relate to the adjudicated motion to stay.  (*See* Doc. 37 at 1-2.)  Beyond the cursory reference in the caption, Petitioner does not mention the specific findings of the magistrate judge or the recommendation to deny his request for a stay.  The Court finds the "Objections" are not, in fact, objections.

1

1  Moreover, there is no basis to construe the "Objections" as a motion for reconsideration.

2  Accordingly, the Court **ORDERS**:  Petitioner's purported objections received December 30, 2024

3  (Doc. 37) are **DISREGARDED**.

5  IT IS SO ORDERED.

6  Dated:   **January 7, 2025**

UNITED STATES DISTRICT JUDGE